## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andy Westry a/k/a Andy Westry, Jr.<br>Jasmine Marie Westry<br>**Debtor(s)** | BK NO. 24-00325 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
16 Feb 2024, 10:50:43, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322