UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 24-00325-HWV

Andy Westry and Jasmine Marie Westry  Chapter 7
    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX 76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX 76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

Case 1:24-bk-00325-HWV    Doc 18    Filed 02/26/24    Entered 02/26/24 10:15:00    Desc
Main Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                           Bankr. Case No. 24-00325-HWV

Andy Westry and Jasmine Marie Westry                                              Chapter 7
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 21, 2024 :

PAUL DONALD MURPHY AHLES                  Steven M. Carr
2132 Market Street                                        119 East Market Street
Camp Hill, PA 17011                                    York, PA 17401

                                                                    By /s/ Mandy Youngblood
                                                                              Mandy Youngblood

xxxxx23670 / 1087782