**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Andy Westry<br>**Debtor 1**<br>Jasmine Marie Westry<br>**Debtor 2**<br><br>Andy Westry<br>Jasmine Marie Westry<br>**Movant(s)**<br>v.<br>Belco Community Credit Union<br>**Respondent(s)** | **Chapter** 7<br><br>**Case No.** 1:24-BK-00325-HWV<br><br>**Matter:** Motion to Avoid Lien of Belco Community Credit Union<br><br>**Document No.** 10 |

**WITHDRAWAL**

TO THE BANKRUPTCY COURT:

    Kindly withdraw Debtor(s)' Motion to Avoid Lien of Belco Community Credit Union filed by Paul D. Murphy-Ahles, Esquire and docketed as set forth above.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: April 12, 2024

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*