United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Andy Westry  
Jasmine Marie Westry  
    Debtors

Case No. 24-00325-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: admin     Page 1 of 3  
Date Rcvd: May 24, 2024     Form ID: 318     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andy Westry, Jasmine Marie Westry, 18 Barberry Court, Manchester, PA 17345-9345 |
| cr | | First Commonwealth Federal Credit Union, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 5595293 | | American First Finance, PO Box 564848, Dallas, TX 75356 |
| 5595298 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5595305 | + | First Commonwealth FCU, 6126 Hamilton Boulebard, Allentown, PA 18106-9711 |
| 5595310 | + | Kathrine Westry, 1437 Monroe Street, York, PA 17404-5421 |
| 5595311 | + | Martson Law Offices, 10 East High Street, Carlisle, PA 17013-3093 |
| 5595320 | + | TD Retail Card Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5595322 | + | York Credit Bureau, 33 South Duke Street, York, PA 17401-1401 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 24 2024 22:33:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PHINAMERI.COM | May 24 2024 22:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: rmcollections@belco.org | May 24 2024 18:36:00 | Belco Community Credit Union, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| cr | + | EDI: AISACG.COM | May 24 2024 22:33:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5598173 | | EDI: PHINAMERI.COM | May 24 2024 22:33:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5596229 | | EDI: ATLASACQU | May 24 2024 22:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5595290 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 24 2024 18:40:59 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5595565 | + | EDI: AISACG.COM | May 24 2024 22:33:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5595291 | + | EDI: GMACFS.COM | May 24 2024 22:33:00 | Ally Financial, Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 5595292 | + | Email/PDF: bncnotices@becket-lee.com | May 24 2024 18:41:02 | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5613453 | | Email/PDF: bncnotices@becket-lee.com | May 24 2024 18:41:16 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5595295 | | Email/Text: rmcollections@belco.org | May 24 2024 18:36:00 | Belco Community Credit Union, Attn: Collections Department, 449 Eisenhower Boulevard, Harrisburg, PA 17111 |
| 5595294 | + | EDI: TSYS2 | May 24 2024 22:33:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5595296 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 24 2024 18:40:42 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5595300 | + | EDI: CITICORP | May 24 2024 22:33:00 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5595301 | + | EDI: CITICORP | May 24 2024 22:33:00 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5595297 | + | EDI: AISACG.COM | May 24 2024 22:33:00 | Capital One Auto Finance, PO Box 201347, Arlington, TX 76006-1347 |
| 5596186 | + | EDI: AISACG.COM | May 24 2024 22:33:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5595299 | | EDI: CAPITALONE.COM | May 24 2024 22:33:00 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5595302 | + | EDI: WFNNB.COM | May 24 2024 22:33:00 | Comenity Bank / Dell, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5595303 | | EDI: WFNNB.COM | May 24 2024 22:33:00 | Comenity Bank / Victoria's Secret, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5595304 | | EDI: WFNNB.COM | May 24 2024 22:33:00 | Comenity Bank / Zale's, Attn: Bankrutptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5595306 | + | EDI: PHINAMERI.COM | May 24 2024 22:33:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5595307 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 24 2024 18:36:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 5595308 | + | Email/Text: accountresearch@goodleap.com | May 24 2024 18:36:00 | GoodLeap, 8781 Sierra College Boulevard, Roseville, CA 95661-5920 |
| 5595309 | | EDI: JEFFERSONCAP.COM | May 24 2024 22:33:00 | Jefferson Capital Systems, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5595312 | + | Email/PDF: ebnotices@pnmac.com | May 24 2024 18:41:00 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5595313 | + | Email/Text: cs@securitycreditservicesllc.com | May 24 2024 18:36:00 | Security Credit Services, PO Box 1156, Oxford, MS 38655-1156 |
| 5595314 | + | Email/Text: bankruptcy@bbandt.com | May 24 2024 18:36:00 | Sheffield Financial, 214 North Tryon Street, Charlotte, NC 28202-1078 |
| 5595315 | | EDI: SYNC | May 24 2024 22:33:00 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5595316 | | EDI: SYNC | May 24 2024 22:33:00 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5595317 | + | EDI: SYNC | May 24 2024 22:33:00 | Synchrony Bank / Reeds Jewelers, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5595318 | | EDI: SYNC | May 24 2024 22:33:00 | Synchrony Bank / Walmart, Attn: Bankruptcy |

| Recip ID | Bypass Reason | Name and Address | Date/Time | Address |
|---|---|---|---|---|
| | | | | Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5595319 | + EDI: WTRRNBANK.COM | | May 24 2024 22:33:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5595320 | ^ MEBN | | May 24 2024 18:32:55 | TD Retail Card Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5595321 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | May 24 2024 18:41:13 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Park | on behalf of Creditor Belco Community Credit Union dpark@martsonlaw.com teckenroad@martsonlaw.com |
| Joshua Andrew Gildea | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com ccharlton@flblaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Andy Westry pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Jasmine Marie Westry pmurphy@dplglaw.com kgreene@dplglaw.com |
| Steven M. Carr | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Andy Westry<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–4902<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Jasmine Marie Westry<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–4781<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:24-bk-00325-HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andy Westry
aka Andy Westry Jr.

Jasmine Marie Westry

5/24/24

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318  **Order of Discharge**  page 2